IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ARA HARDY, on behalf of herself and all others similarly situated, | ) | CASE NO. 1:08 CV 2714 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | JUDGE DONALD C. NUGENT |
| MINNESOTA LIFE INSURANCE, COMPANY, (f/k/a Minnesota Mutual Life Insurance Company), | ) ) ) ) | |
| Defendants. | ) ) | **ORDER** |

For the reasons stated in the Memorandum Opinion filed contemporaneously herewith, Minnesota Life's Motion to Dismiss the First Amended Complaint is hereby DENIED IN PART and GRANTED IN PART. The Motion to Dismiss is denied as to Ms. Hardy's breach of contract claim. The Motion to Dismiss is granted as to Ms. Hardy's unjust enrichment claim.

_____
DONALD C. NUGENT
United States District Judge

DATED: June 25, 2009